**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary F. Lowry, et al., | No. CV-11-08177-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| JPMorgan Chase Bank NA, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Quash Stay (Doc. 69). The Court previously entered a stay in this case pursuant to the parties' stipulation, subject to the imposition of an appropriate bond. The parties disputed the appropriate amount of any bond, and the Court ultimately set a bond of $2,000 per month, with the first payment due by 8:15 A.M. on May 14, 2015. More than twelve days after this deadline, Plaintiffs have still failed to post this bond.

Plaintiffs' arguments against quashing the stay amount to little more than a repetition of their previous arguments in this case. The Court has previously addressed these arguments, and will not do so again. *See* (Doc. 71). Plaintiffs raise two new arguments: First, they have apparently filed a new lawsuit in state court against Defendants, presumably in an effort to convince that court to issue a preliminary injunction. (Doc. 70 at 2). This fact is of no relevance to the pending motion in the present case, except that it further undermines Plaintiffs' claim of good faith with respect to the bond. *See* (Doc. 71 at 2:28-3:3). Second, Plaintiffs state that they have requested

1  Defendants review their loan modification options "with the goal of a new modification
2  application." (Doc. 70 at 4). Because Plaintiffs have declared their indigence, it is unclear
3  how any loan modification is a viable resolution to this case. Regardless, Plaintiffs offer
4  no explanation for how their modification application permits them to evade their
5  obligation to post a bond.
6      The Court will quash the stay. Defendants may proceed with a trustee's sale and
7  foreclosure of Plaintiffs' residence.
8      For the foregoing reasons,
9      **IT IS ORDERED** granting Defendants' Motion to Quash Stay (Doc. 69).
10     **IT IS ORDERED** that the stay entered on April 23, 2015 (Doc. 58) and made
11 subject to the posting of a bond (Doc. 62) is vacated.
12     **IT IS FURTHER ORDERED** that Defendants may proceed with a trustee's sale
13 and foreclosure of Plaintiffs' residence in accordance with all applicable laws.
14     Dated this 27th day of May, 2015.

*James A. Teilborg*
Senior United States District Judge